# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1536

_____

Cleotis Jamerson,

            Appellant,

    v.

Rental Management, Inc.,

            Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Western District of Arkansas.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: March 7, 2006
Filed:  March 13, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Cleothis[1] Jamerson appeals the district court's[2] adverse grant of summary judgment in his Title VII employment-discrimination suit.  The sole issue on appeal is whether Jamerson was an employee of defendant Rental Management, Inc. or an independent contractor, for purposes of Title VII protection.  See Schwieger v. Farm Bureau Ins. Co. of Neb., 207 F.3d 480, 483 (8th Cir. 2000) (Title VII protects only

---

[1]A review of the record indicates appellant's first name is "Cleothis."

[2]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

employees).  Upon de novo review, <u>see</u> <u>Jenkins v. S. Farm Bureau Cas.</u>, 307 F.3d 741, 743 (8th Cir. 2002), we agree with the district court that the undisputed facts show that Jamerson was an independent contractor.  <u>See</u> <u>Nationwide Mut. Ins. Co. v. Darden</u>, 503 U.S. 318, 324 (1992) (enumerating factors courts consider in determining employment status); <u>Lerohl v. Friends of Minn. Sinfonia</u>, 322 F.3d 486, 488 (8th Cir. 2003) (employment status is question of law); <u>Schwieger v. Farm Bureau Ins. Co. of Neb.</u>, 207 F.3d 480, 483 (8th Cir. 2000) (discussing <u>Darden</u> factors).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____